AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

JARED BATTERMAN

*Plaintiff(s)*

v.

BR CARROLL GLENRIDGE, LLC, IQ DATA INTERNATIONAL, INC., EQUIFAX INFORMATION SERVICES LLC, AND TRANS UNION LLC,

*Defendant(s)*

Civil Action No.  1:19 — cv — 1598

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IQ Data International, Inc.
c/o Corporation Service Company
40 Technology Parkway South, #300
Norcross, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Smith, Welch, Webb & White, LLC
Orion G. Webb
280 Country Club Drive, Suite 300
Stockbridge, Georgia 30281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

s/Beverly Gutting

Date: 4/09/2019

*Signature of Clerk or Deputy Clerk*