## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **JARED BATTERMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **1:19-cv-01598-CC-JFK** |
| **BR CARROLL GLENRIDGE, LLC,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANTS BR CARROLL GLENRIDGE, LLC, AND IQ DATA INTERNATIONAL, INC.

COMES NOW Plaintiff Jared Batterman ("Plaintiff"), by and through counsel, and hereby informs the Court that a settlement of the present matter has been reached with Defendants BR Carroll Glenridge, LLC (BR Carroll), and IQ Data International, Inc. (IQ Data). Plaintiff and Defendants BR Carroll, and Plaintiff and Defendant IQ Data, have agreed to terms for settlement for which they anticipate that they will need approximately 60 days to conclude, and thereafter Plaintiff will file a stipulation of dismissal with prejudice as to Defendants BR Carroll and IQ Data.

Respectfully submitted this the 5th day of June, 2019.

[Signature on following page]

- 1 -

Respectfully submitted,

**SMITH, WELCH, WEBB & WHITE, LLC**
By:  **s/Orion G. Webb**
Orion G. Webb, Esq.
Georgia Bar No. 479611
Miranda N. Hanley
Georgia Bar No. 451274
280 Country Club Drive
Suite 300
Stockbridge, GA  30281
T. (770) 389-4864
F. (770) 389-5193
owebb@smithwelchlaw.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: June 5, 2019                                Respectfully submitted,


                                                    */s/ Orion Gregory Webb*
                                                    Orion Gregory Webb

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

                                                    */s/ Orion G. Webb*
                                                    ORION G. WEBB
                                                    Georgia State Bar No. 479611
                                                    Attorney for Plaintiff