## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**JARED BATTERMAN,**

**Plaintiff,**

**v.**                                                    **CIVIL ACTION FILE NO:**

**BR CARROLL GLENRIDGE,**                  **1:19-CV-1598-CC-JFK**
**LLC, IQ DATA**
**INTERNATIONAL, INC.,**
**EQUIFAX INFORMATION**
**SERVICES LLC, AND TRANS**
**UNION LLC,**

**Defendants.**

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jared Batterman, hereby gives notice that he has settled this action with IQ Data International, Inc., so this action is dismissed with prejudice as to IQ Data International, Inc.

Dated: August 2, 2019.

                          **SMITH WELCH WEBB & WHITE, LLC**
                          **/s/ *Orion G. Webb***
                          Orion G. Webb
                          Georgia Bar No. 479611
                          280 Country Club Drive, Suite 300
                          Stockbridge, GA 30281
                          Telephone: (770) 389-4864
                          owebb@smithwelchlaw.com
                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I electronically filed **NOTICE OF DISMISSAL WITH PREJUDICE AS TO IQ DATA INTERNATIONAL, INC.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> **SMITH WELCH WEBB & WHITE, LLC**
> **/s/ *Orion G. Webb***
> Orion G. Webb
> Georgia Bar No. 479611
> 280 Country Club Drive, Suite 300
> Stockbridge, GA 30281
> Telephone: (770) 389-4864
> owebb@smithwelchlaw.com
> Attorney for Plaintiff

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

> **SMITH, WELCH, WEBB & WHITE, LLC**
> **/s/ Orion G. Webb**
> ORION G. WEBB
> Georgia State Bar No. 479611
> Attorney for Plaintiff