# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JARED BATTERMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | |
| ) | 1:19-cv-01598-CC-JFK |
| BR CARROLL GLENRIDGE, LLC; IQ ) | |
| DATA INTERNATIONAL, INC.; ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC; and TRANS UNION, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS TRANS UNION LLC AND EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

COME NOW, Defendants Trans Union LLC ("Trans Union") and Equifax Information Services LLC ("Equifax") (hereinafter collectively referred to as the "Defendants"), by and through their undersigned counsel, and files this its Motion for Judgment on the Pleadings.

This motion is based on the allegations in Plaintiff's Complaint, the facts and law cited in the supporting brief, and all other pleadings of record.

Respectfully submitted, this 6th day of August, 2019.

Respectfully submitted,

*/s/Michael Merar*
Alex M. Barfield
Georgia Bar No. 037147
Stanton Law, LLC
410 Plasters Avenue NE, Suite 200
Atlanta, GA  30308-3243
Telephone: (404) 881-1288
Facsimile:  (404) 614-7500
Email: alex.barfield@stantonlawllc.com
-and-
Michael Merar
Georgia Bar No. 966038
Quilling, Selander, Lownds,
Winslett & Moser, PC
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5443
Facsimile: (214) 871-2111
Email: mmerar@qslwm.com
**Counsel for Trans Union LLC**


*/s/Kristin N. Zielmanski*
Kristin N. Zielmanski
Georgia Bar No. 300286
kristin.zielmanski@equifax.com

Legal Counsel – Litigation
Equifax Legal Department
1550 Peachtree St.
Atlanta, Georgia 30309
P: 404-885-8290

**Counsel for Equifax Information Services LLC**

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This, the 6th day of August 2019.

*/s/ Kristin N. Zielmanski*
Kristin N. Zielmanski

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Miranda Noel Hanley
mhanley@smithwelchlaw.com
Orion Gregory Webb
owebb@smithwelchlaw.com
Smith, Welch, Webb & White, LLC
280 Country Club Drive, Suite 300
Stockbridge, GA 30281
(770) 957-3937
(770) 957-9165 Fax
*Counsel for Plaintiff*

Alex M. Barfield
alex.barfield@stantonlawllc.com
Stanton Law, LLC
410 Plasters Avenue NE, Suite 200
Atlanta, GA 30308-3243
(404) 881-1288
(404) 614-7500 Fax
*Counsel for Trans Union LLC*

James M. Williams
mwilliams@apartmentlaw.com
Fowler Hein Cheatwood & Williams, PA
2970 Clairmont Road NE, Suite 220
Atlanta, GA 30309
(770) 457-0880
(404) 325-9721 Fax
*Counsel for BR Carroll Glendridge, LLC*

Michael Merar
mmerar@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, PC
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5443
(214) 871-2111
*Counsel for Trans Union LLC*

**EQUIFAX INFORMATION SERVICES LLC**

*/s/ Kristin N. Zielmanski*
Kristin N. Zielmanski
Ga. Bar No. 300286
kristin.zielmanski@equifax.com

Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia  30309
P: 404-885-8290
*Counsel for Equifax Information Services LLC*