# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JARED BATTERMAN,** | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. |
| | ) |
| v. | ) 1:19-cv-1598-CC-JFK |
| | ) |
| **BR CARROLL GLENRIDGE,** | ) |
| **LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BR CARROLL GLENRIDGE, LLC

COME NOW Jared Batterman and BR Carroll Glenridge, LLC, and Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree to the dismissal of this case with prejudice as to BR Carroll Glenridge, LLC. The parties further stipulate and agree to the dismissal of BR Carroll Glenridge, LLC's counterclaim with prejudice. Each party will bear their own costs and attorneys' fees.

Dated: December 6, 2019.

                                               */s/ Orion G. Webb*
                                               Orion G. Webb
                                               Georgia Bar No. 479611
                                               Smith Welch Webb & White, LLC
                                               280 Country Club Drive #300
                                               Stockbridge, Georgia 30281
                                               (770) 389-4864 (telephone)

-2-

owebb@smithwelchlaw.com
*Attorney for Plaintiff*
*/s/ **Molly L. Moyer***
Molly L. Moyer
Georgia Bar No. 987498
**Wood, Smith, Henning & Berman LLP**
(470) 552-1151 (telephone)
mmoyer@wshblaw.com
*Attorney for BR Carroll Glenridge, LLC*

-2-

## CERTIFICATE OF SERVICE

This is to certify that on this day, I electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BR CARROLL GLENRIDGE, LLC** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record.

                                  */s/ Orion G. Webb*
                                  Orion G. Webb
                                  Georgia Bar No. 479611
                                  Smith Welch Webb & White, LLC
                                  280 Country Club Drive #300
                                  Stockbridge, Georgia 30281
                                  (770) 389-4864 (telephone)
                                  (770) 389-5193 (facsimile)
                                  owebb@smithwelchlaw.com
                                  *Attorney for Plaintiff*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

                         **SMITH, WELCH, WEBB & WHITE, LLC**

                         */s/ Orion G. Webb*
                         Orion G. Webb