UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jared Batterman,<br><br>                Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC,<br>Trans Union LLC,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-1598-CC-RDC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of Defendants' motion for judgment on the pleadings, and having granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED.**

Dated at Atlanta, Georgia, this 10th day of April, 2020.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                              By:     s/B Hambert
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 10, 2020
James N. Hatten
Clerk of Court

By:     s/B Hambert
        Deputy Clerk