**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JARED BATTERMAN,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| ) | |
| v. ) | 1:19-cv-1598-CC-RDC |
| ) | |
| **BR CARROLL GLENRIDGE,** ) | |
| **LLC, IQ DATA INTERNATIONAL,** ) | |
| **INC., EQUIFAX INFORMATION** ) | |
| **SERVICES LLC; and TRANS** ) | |
| **UNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Fed. R. App. Pro. 3 and 4, Plaintiff Jared Batterman hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment contained in the April 10, 2020, Opinion and Order [Doc. 56] rejecting the Magistrate Judge's Report and Recommendation [Doc. 44] and granting the Defendant's Motion for Judgment on the Pleadings.

The Clerk of the Court is requested to prepare the record in this matter for transmittal to the Court of Appeals.

This 6th day of May, 2020.

        Respectfully submitted,

        **SMITH, WELCH, WEBB & WHITE, LLC**

        **/s/ Orion G. Webb**
        Orion G. Webb
        Georgia State Bar No. 479611
        Miranda N. Hanley, Esq.
        Georgia Bar No. 451274
        Attorneys for Plaintiff

280 Country Club Drive, Suite 300
Stockbridge, Georgia 30281
(770) 389-4864 (phone)
(770) 389-5193 (fax)
owebb@smithwelchlaw.com (e-mail)
mhanley@smithwelchlaw.com (email)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record, including:

Kristin N. Zielmanski
Kristin.zielmanski@equifax.com
Attorney for Equifax

Alex M. Barfield
Alex.barfield@stantonlawllc.com
Michael Merar
mmerar@qslwm.com
Attorneys for Trans Union LLC

This 6th day of May, 2020.

**SMITH, WELCH, WEBB & WHITE, LLC**

**/s/ Orion G. Webb**
Orion G. Webb
Georgia State Bar No. 479611
Miranda N. Hanley, Esq.
Georgia Bar No. 451274
Attorneys for Plaintiff

280 Country Club Drive, Suite 300
Stockbridge, Georgia 30281
(770) 389-4864 (phone)
(770) 389-5193 (fax)
owebb@smithwelchlaw.com (e-mail)
mhanley@smithwelchlaw.com (email)

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1**

Plaintiff's counsel hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1.

**SMITH, WELCH, WEBB & WHITE, LLC**

**/s/ Orion G. Webb**
Orion G. Webb
Georgia State Bar No. 479611
Miranda N. Hanley, Esq.
Georgia Bar No. 451274
Attorneys for Plaintiff

280 Country Club Drive, Suite 300
Stockbridge, Georgia 30281
(770) 389-4864 (phone)
(770) 389-5193 (fax)
owebb@smithwelchlaw.com (e-mail)
mhanley@smithwelchlaw.com (email)

**/s/ Grant E. McBride**
Grant E. McBride
Georgia State Bar No. 109812
Attorneys for Plaintiff

Smith, Welch, Webb & White, LLC
P.O. Box 10
2200 Keys Ferry Ct.
McDonough, Ga. 30253
(770) 957 3937 (phone)
(770) 957-9165 (fax)
gmcbride@smithwelchlaw.com (email)