IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JARED BATTERMAN,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| ) | |
| v. ) | 1:19-cv-1598-CC-RDC |
| ) | |
| **BR CARROLL GLENRIDGE,** ) | |
| **LLC, IQ DATA INTERNATIONAL,** ) | |
| **INC., EQUIFAX INFORMATION** ) | |
| **SERVICES LLC; and TRANS** ) | |
| **UNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

COME NOW Jared Batterman and Equifax Information Services LLC, and Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree to the dismissal of this case with prejudice as to Equifax Information Services LLC.  Each party will bear their own costs and attorneys' fees.

Respectfully submitted this the 30th day of July, 2020.

*/s/ Orion G. Webb*
Orion G. Webb
Georgia Bar No. 479611
Smith Welch Webb & White, LLC
280 Country Club Drive #300
Stockbridge, Georgia 30281

(770) 389-4864 (telephone)
owebb@smithwelchlaw.com
*Attorney for Plaintiff*

***/s/ Kristin N. Zielmanski*<u></u>**
Kristin N. Zielmanski
Ga. Bar No. 300286
kristin.zielmanski@equifax.com
Legal Counsel-Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
P: 404-885-8290 *Attorney for Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing document using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 30th day of July, 2020.

>  SMITH WELCH
> WEBB & WHITE, LLC
> */s/ Orion G. Webb*
> Orion G. Webb
> Georgia Bar No. 479611
> Smith Welch Webb & White, LLC
> 280 Country Club Drive #300
> Stockbridge, Georgia 30281
> (770) 389-4864 (telephone)
> owebb@smithwelchlaw.com
> *Attorney for Plaintiff*